**William F. McALISTER, Appellant,**

v.

**Sheldon S. COHEN, Commissioner of Internal Revenue, Washington, D. C., and Hugh D. Jones, District Director of Internal Revenue Service, Parkersburg, West Virginia, Appellees.**

**No. 14521.**

United States Court of Appeals, Fourth Circuit.

Argued Jan. 5, 1971.

Decided Jan. 28, 1971.

Robert H. Burford, Huntington, W. Va., for appellant.

John P. Burke, Atty., Department of Justice (Fred B. Ugast, Acting Asst. Atty. Gen., Lee A. Jackson and Joseph M. Howard, Attys., Department of Justice, and W. Warren Upton, U. S. Atty., and George D. Beter, Asst. U. S. Atty., on the brief), for appellees.

Before HAYNSWORTH, Chief Judge, and BOREMAN and WINTER, Circuit Judges.

PER CURIAM:

The judgment is affirmed for the reasons stated by the District Court. McAlister v. Cohen, 308 F.Supp. 517.

Affirmed.

**Charles Howard SCHMID, Jr., Petitioner,**

v.

**STATE OF ARIZONA ex rel. Frank A. EYMAN, Warden, Arizona State Prison, et al., Respondents.**

**No. 26037.**

United States Court of Appeals, Ninth Circuit.

Jan. 22, 1971.

Katherine C. Lab, Tucson, Ariz., for appellant.

Gary K. Nelson, Ariz. Atty. Gen., Carl Wagg, Atty. Gen., Phoenix, Ariz., for appellee.

Before CHAMBERS, MERRILL and DUNIWAY, Circuit Judges.

PER CURIAM:

The denial of habeas corpus relief by the district court is affirmed.